UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HERWIS SALVADOR SOCOP CALEL
Plaintiff(s),

v.

ANTONE MONIZ, DAVID T WESLING, KRISTI L. NOEM, TODD M LYONS and PAMELA JO BONDI
Defendant(s).

Civil Action No. 26-13511-JEK

**JUDGMENT**

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated August 10, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Herwis Salvador Socop Calel.

Dated: August 19, 2026

/s/ Haley Currie

Deputy Clerk